

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Shanna Delaine Gluck, Appellant

No. 06-15-00048-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CR1400939).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Shanna Delaine Gluck, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk